Gmail

T. Elon Dancy II <tedancy2@gmail.com>

## Fwd: A Call to Action

**Dancy, T. Elon II** <TEDANCY@pitt.edu>
To: T. Elon Dancy <tedancy2@gmail.com>

Tue, Jan 30, 2024 at 2:01 PM

From the iPhone of
T. Elon Dancy II, Ph.D.

Begin forwarded message:

**From:** "Dancy, T. Elon II" <TEDANCY@pitt.edu>
**Date:** January 30, 2024 at 1:39:12 PM EST
**To:** "Delale O'Connor, Lori Ann" <lori.delale-oconnor@pitt.edu>
**Cc:** "Brennan, Megan" <meb201@pitt.edu>, "Gunzenhauser, Michael G" <mgunzen@pitt.edu>, "Bachman, Heather J" <hbachman@pitt.edu>, "Alang, Sirry M." <SALANG@pitt.edu>, "Banks, Tammeka" <tbanks@pitt.edu>, "Zito, Andrea Rose" <andreaz@pitt.edu>, "Boulder, Tinukwa" <TBOULDER@pitt.edu>, "Schuster, Maximilian T" <schustermt@pitt.edu>, "Quigley, Cassie" <CQUIGLEY@pitt.edu>, "Rainey, Emily" <emily.rainey@pitt.edu>, "Perry, Jill Alexa" <jperry@pitt.edu>, "Shafiq, M. Najeeb" <mnshafiq@pitt.edu>, "Mcclure, Maureen" <mmcclure@pitt.edu>, "Osai, Esohe" <esohe.osai@pitt.edu>, "Campbell, Shanyce L" <shanycecampbell@pitt.edu>, "Vaught, Sabina E" <SVAUGHT@pitt.edu>, "Wanless, Shannon (she/her)" <swanless@pitt.edu>, "Means, Darris Roshawn" <darris.means@pitt.edu>, "Scott, Khirsten Lanese" <KLE37@pitt.edu>, "Zamani-Gallaher, Eboni" <EZAMANIG@pitt.edu>
**Subject: Re: A Call to Action**

--Sorry for the formatting issue. See this version--

Dear Colleagues,

We are confused about the process being undertaken in response to the student letters, but want to support. We read an initial letter from students in which we saw ourselves as implicated and chose to respond dialogically and publicly to the original thread with an offer to talk. In the second letter we read primarily their insistence on the SoE engaging liberatory transformations that would put it in alignment with its stated commitments. Again, we see ourselves as implicated and invited here, and have begun reflecting deeply on how we might better make good on our responsibility to students, particularly as educators who are aligned with the liberatory purposes of knowledge and its practice. We did indeed read frustration, both with what the student authors seem to express as being brushed off or dismissed by the interim dean and with their perception of the SoE's misalignment with its mission-vision. In both letters, we hear students asking to learn in a school of education.

Three dimensions guide our thinking about our responsibilities in relation to these letters and the possibility of a response in this moment: relationality, history of student movements, and global antiblackness and liberation.

- Relationality:
  - Again, we see ourselves as implicated in the student letters and so accountable to listen, be in dialogue, and learn--even if it is a painful accounting of our failures. We do not expect them to be perfect for us to take this approach.
  - Students across the global north are struggling as they witness the unfreedoms (severe disciplining of students and faculty, censorship, surveillance, and silence) within universities complicit in the west's endless war. They are hurting, isolated, and scared; they are demanding to hear from us in a meaningful and non-defensive way that refuses the hierarchy of imperial institutions and thinking.

- History of student movements
  - We who undertake "critical" scholarship are in our work because of liberatory student movements of the past. In that historical context, we likely convey to students, directly and indirectly, a stance and commitment we (here, we speak only for ourselves) may have failed to uphold or they may perceive us to have failed to uphold. How do critical scholars struggle with students in the spirit of longstanding student movements, of which many of us were a part?
  - We are influenced by Roderick A. Ferguson's critique of university responses to student movements of the past as institutional reorganizations of racial power. He writes in *The Reorder of Things*, "the struggles taking place on college campuses because of the student protests were inspirations for power in that moment, inspiring it to substitute redistribution for representation, indeed *encouraging us to forget how radical movements promoted the inseparability of the two*" (italics ours). Accordingly, our commitments are to Black feminist and liberatory praxis--not to be confused with diversity, inclusion, and multicultural practices of institutional representation that can enshrine antiblack carceral and colonial practices (see also scholars such as Dylan Rodriguez, Sarah Ahmed, Jodi Melamed, Robin D. G. Kelley, Saidiya Hartman, Christina Sharpe, Cedric Robinson, Zakiyah Jackson).

- Antiblackness & liberatory steps forward (study)
  - An understanding of antiblackness asks us to observe where power closes ranks, even around or through identity (scholars such as Joy James, Patrice Douglass, Rebecca Wilcox, Selamawit Terrefe, bell hooks, Deborah Thomas).
  - We read the letters as students holding us accountable to the university's role in global liberation against antiblackness (and its genocidal

expressions) through curriculum, pedagogy, and institutional organization. Given the fear many of us--faculty and students--are experiencing (for good reason and with recent experience), we honor their courage and dedication, and don't ever expect ourselves or students to be perfect in struggling toward liberation.

- We do understand liberatory movements against antiblackness to call for shared study. So, as a process, we imagine being part of a collective of people who want to study and transform together.

We would welcome being part of a conversation that would support the interim dean's response to and dialogue with the student authors of the two letters we have received. We would also welcome being part of a conversation about how we as faculty, staff, and students might learn and engage without fear of reprisal, some of which some of us have already experienced. We have removed the provost and chancellor from this email thread, given that we are understanding a need to have a conversation within the SoE that promotes the open exchange of ideas.

Most sincerely,

Elon and Sabina

**T. Elon Dancy II, Ph.D.** (he/him)
Executive Director, Center for Urban Education
Helen S. Faison Endowed Chair in Urban Education
Professor (by courtesy), Africana Studies | Women's, Gender, and Sexuality Studies
University of Pittsburgh
4303 Wesley W. Posvar Hall
230 South Bouquet Street
Pittsburgh, PA 15260
Book an appointment by request with Emily Conklin, EDC83@pitt.edu

Learn more:
Read about my work: T. Elon Dancy, PhD | Center for Urban Education | University of Pittsburgh
Read about the Center for Urban Education: https://www.cue.pitt.edu
It's our 20th anniversary! See our events here: https://www.cue.pitt.edu/events/20th-anniversary

---

**From:** Dancy, T. Elon II <TEDANCY@pitt.edu>
**Sent:** Tuesday, January 30, 2024 1:15 PM
**To:** Delale O'Connor, Lori Ann <lori.delale-oconnor@pitt.edu>

**Cc:** Brennan, Megan <meb201@pitt.edu>; Gunzenhauser, Michael G <mgunzen@pitt.edu>; Bachman, Heather J <hbachman@pitt.edu>; Alang, Sirry M. <SALANG@pitt.edu>; Banks, Tammeka <tbanks@pitt.edu>; Zito, Andrea Rose <andreaz@pitt.edu>; Boulder, Tinukwa <TBOULDER@pitt.edu>; Schuster, Maximilian T <schustermt@pitt.edu>; Quigley, Cassie <CQUIGLEY@pitt.edu>; Rainey, Emily <emily.rainey@pitt.edu>; Perry, Jill Alexa <jperry@pitt.edu>; Shafiq, M. Najeeb <mnshafiq@pitt.edu>; Mcclure, Maureen <mmcclure@pitt.edu>; Osai, Esohe <esohe.osai@pitt.edu>; Campbell, Shanyce L <shanycecampbell@pitt.edu>; Vaught, Sabina E <SVAUGHT@pitt.edu>; Wanless, Shannon (she/her) <swanless@pitt.edu>; Means, Darris Roshawn <darris.means@pitt.edu>; Scott, Khirsten Lanese <KLE37@pitt.edu>; Zamani-Gallaher, Eboni <EZAMANIG@pitt.edu>
**Subject:** Re: A Call to Action

Dear Colleagues,

We are confused about the process being undertaken in response to the student letters, but want to support. We read an initial letter from students in which we saw ourselves as implicated and chose to respond dialogically and publicly to the original thread with an offer to talk. In the second letter we read primarily their insistence on the SoE engaging liberatory transformations that would put it in alignment with its stated commitments. Again, we see ourselves as implicated and invited here, and have begun reflecting deeply on how we might better make good on our responsibility to students, particularly as educators who are aligned with the liberatory purposes of knowledge and its practice. We did indeed read frustration, both with what the student authors seem to express as being brushed off or dismissed by the interim dean and with their perception of the SoE's misalignment with its mission-vision. In both letters, we hear students asking to learn in a school of education.

Three dimensions guide our thinking about our responsibilities in relation to these letters and the possibility of a response in this moment: relationality, history of student movements, and global antiblackness and liberation.

- Relationality:
    - Again, we see ourselves as implicated in the student letters and so accountable to listen, be in dialogue, and learn--even if it is a painful accounting of our failures. We do not expect them to be perfect for us to take this approach.
    - Students across the global north are struggling as they witness the unfreedoms (severe disciplining of students and faculty, censorship, surveillance, and silence) within universities complicit in the west's endless war. They are hurting, isolated, and scared; they are demanding to hear from us in a meaningful and non-defensive way that refuses the hierarchy of imperial

institutions and thinking.

- History of student movements
  - We who undertake “critical” scholarship are in our work because of liberatory student movements of the past. In that historical context, we likely convey to students, directly and indirectly, a stance and commitment we (here, we speak only for ourselves) may have failed to uphold or they may perceive us to have failed to uphold. How do critical scholars struggle with students in the spirit of longstanding student movements, of which many of us were a part?
  - We are influenced by Roderick A. Ferguson’s critique of university responses to student movements of the past as institutional reorganizations of racial power. He writes in *The Reorder of Things*, “the struggles taking place on college campuses because of the student protests were inspirations for power in that moment, inspiring it to substitute redistribution for representation, indeed *encouraging us to forget how radical movements promoted the inseparability of the two*” (italics ours). Accordingly, our commitments are to Black feminist and liberatory praxis--not to be confused with diversity, inclusion, and multicultural practices of institutional representation that can enshrine antiblack carceral and colonial practices (see also scholars such as Dylan Rodriguez, Sarah Ahmed, Jodi Melamed, Robin D. G. Kelley, Saidiya Hartman, Christina Sharpe, Cedric Robinson, Zakiyah Jackson).
- Antiblackness & liberatory steps forward (study)
  - An understanding of antiblackness asks us to observe where power closes ranks, even around or through identity (scholars such as Joy James, Patrice Douglass, Rebecca Wilcox, Selamawit Terrefe, bell hooks, Deborah Thomas).
  - We read the letters as students holding us accountable to the university’s role in global liberation against antiblackness (and its genocidal expressions) through curriculum, pedagogy, and institutional organization. Given the fear many of us--faculty and students--

are experiencing (for good reason and with recent experience), we honor their courage and dedication,
and don't ever expect ourselves or students to be perfect in struggling toward liberation.

- We do understand liberatory movements against antiblackness to call for shared study. So, as a process, we imagine
being part of a collective of people who want to study and transform together.

We would welcome being part of a conversation that would support the interim dean's response to and dialogue with the student authors of the two letters we have received. We would also welcome being part of a conversation about how we as faculty, staff, and students might learn and engage without fear of reprisal, some of which some of us have already experienced. We have removed the provost and chancellor from this email thread, given that we are understanding a need to have a conversation within the SoE that promotes the open exchange of ideas.

Most sincerely,

Elon and Sabina

**T. Elon Dancy II, Ph.D.** (he/him)
Executive Director, Center for Urban Education
Helen S. Faison Endowed Chair in Urban Education
Professor (by courtesy), Africana Studies | Women's, Gender, and Sexuality Studies
University of Pittsburgh
4303 Wesley W. Posvar Hall
230 South Bouquet Street
Pittsburgh, PA 15260
Book an appointment by request with Emily Conklin, EDC83@pitt.edu

Learn more:
Read about my work: T. Elon Dancy, PhD | Center for Urban Education | University of Pittsburgh
Read about the Center for Urban Education: https://www.cue.pitt.edu
It's our 20th anniversary! See our events here: https://www.cue.pitt.edu/events/20th-anniversary

**From:** Delale O'Connor, Lori Ann <lori.delale-oconnor@pitt.edu>
**Sent:** Monday, January 29, 2024 6:59 PM
**To:** Zamani-Gallaher, Eboni <EZAMANIG@pitt.edu>
**Cc:** Brennan, Megan <meb201@pitt.edu>; Gunzenhauser, Michael G <mgunzen@pitt.edu>; Bachman, Heather J <hbachman@pitt.edu>; Alang, Sirry M. <SALANG@pitt.edu>; Banks, Tammeka <tbanks@pitt.edu>; Zito, Andrea Rose <andreaz@pitt.edu>; Boulder, Tinukwa <TBOULDER@pitt.edu>; Schuster, Maximilian T <schustermt@pitt.edu>; Quigley, Cassie <CQUIGLEY@pitt.edu>; Rainey, Emily <emily.rainey@pitt.edu>; Perry, Jill Alexa <jperry@pitt.edu>; Dancy, T. Elon II <TEDANCY@pitt.edu>; Shafiq, M. Najeeb <mnshafiq@pitt.edu>; Mcclure, Maureen <mmcclure@pitt.edu>; Osai, Esohe <esohe.osai@pitt.edu>; Campbell, Shanyce L <shanycecampbell@pitt.edu>; Vaught, Sabina E <SVAUGHT@pitt.edu>; Wanless, Shannon (she/her) <swanless@pitt.edu>; Means, Darris Roshawn <darris.means@pitt.edu>; Scott, Khirsten Lanese <KLE37@pitt.edu>; Joan Gabel <JTAG@pitt.edu>; McCarthy, Joe <joe.mccarthy@pitt.edu>
**Subject:** Re: A Call to Action

Hello Colleagues,

I have removed the student collective from this thread temporarily to see if anyone wanted to touch base on a collective response or related work.

I do not want to overstep my role as a department chair, but this second email singles out Interim Dean Zamani-Gallaher in a deeply problematic way. I appreciate the students' collective work, but while the signatories represent a number of schools/areas outside of the School of Education, I am unaware of similar emails or demands that have been issued to other schools/departments. As we all know, academic institutions routinely sacrifice Black women, and I don't want our school to be yet another example of this.

Regardless, I welcome the chance to meet with you to discuss a response specific to the SOE that allows us to support Interim Dean Zamani-Gallaher, our students, and each other, if others are interested.

Warmly,
Lori

Lori Delale-O'Connor
(she/her)
Chair and Associate Professor
University of Pittsburgh
School of Education

Department of Educational Foundations, Organizations, and Policy
https://www.education.pitt.edu/faculty/academic-departments/educational-foundations-organizations-and-policy/

Faculty Affiliate
Center for Urban Education | https://www.cue.pitt.edu

Website: https://www.loridoc.com

---

**From:** Zamani-Gallaher, Eboni <EZAMANIG@pitt.edu>
**Sent:** Monday, January 29, 2024 3:59 PM
**To:** Pitt SOE <pittsoesolidaritycollective@gmail.com>
**Cc:** Brennan, Megan <meb201@pitt.edu>; Gunzenhauser, Michael G <mgunzen@pitt.edu>; Bachman, Heather J <hbachman@pitt.edu>; Alang, Sirry M. <SALANG@pitt.edu>; Banks, Tammeka <tbanks@pitt.edu>; Zito, Andrea Rose <andreaz@pitt.edu>; Boulder, Tinukwa <TBOULDER@pitt.edu>; Schuster, Maximilian T <schustermt@pitt.edu>; Delale O'Connor, Lori Ann <lori.delale-oconnor@pitt.edu>; Quigley, Cassie <CQUIGLEY@pitt.edu>; Rainey, Emily <emily.rainey@pitt.edu>; Perry, Jill Alexa <jperry@pitt.edu>; Dancy, T. Elon II <TEDANCY@pitt.edu>; Shafiq, M. Najeeb <mnshafiq@pitt.edu>; Mcclure, Maureen <mmcclure@pitt.edu>; Osai, Esohe <esohe.osai@pitt.edu>; Campbell, Shanyce L <shanycecampbell@pitt.edu>; Vaught, Sabina E <SVAUGHT@pitt.edu>; Wanless, Shannon (she/her) <swanless@pitt.edu>; Means, Darris Roshawn <darris.means@pitt.edu>; Scott, Khirsten Lanese <KLE37@pitt.edu>; Joan Gabel <JTAG@pitt.edu>; McCarthy, Joe <joe.mccarthy@pitt.edu>
**Subject:** Re: A Call to Action

Received, thank you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Pitt SOE <pittsoesolidaritycollective@gmail.com>
**Sent:** Monday, January 29, 2024 3:28:40 PM
**To:** Zamani-Gallaher, Eboni <EZAMANIG@pitt.edu>
**Cc:** Brennan, Megan <meb201@pitt.edu>; Gunzenhauser, Michael G <mgunzen@pitt.edu>; Bachman, Heather J <hbachman@pitt.edu>; Alang, Sirry M. <SALANG@pitt.edu>; Banks, Tammeka <tbanks@pitt.edu>; Zito, Andrea Rose <andreaz@pitt.edu>; Boulder, Tinukwa <TBOULDER@pitt.edu>; Schuster, Maximilian T <schustermt@pitt.edu>; Delale O'Connor, Lori Ann <lori.delale-oconnor@pitt.edu>; Quigley, Cassie <CQUIGLEY@pitt.edu>; Rainey, Emily <emily.rainey@pitt.edu>; Perry, Jill Alexa <jperry@pitt.edu>; Dancy, T. Elon II <TEDANCY@pitt.edu>; Shafiq, M. Najeeb <mnshafiq@pitt.edu>; Mcclure, Maureen <mmcclure@pitt.edu>; Osai, Esohe <esohe.osai@pitt.edu>; Campbell, Shanyce L <shanycecampbell@pitt.edu>; Vaught, Sabina E <SVAUGHT@pitt.edu>; Wanless, Shannon (she/her) <swanless@pitt.edu>; Means, Darris Roshawn <darris.means@pitt.edu>; Scott, Khirsten Lanese <KLE37@pitt.edu>; Joan Gabel <JTAG@pitt.edu>; McCarthy, Joe

<joe.mccarthy@pitt.edu>
**Subject:** Re: A Call to Action

Dear Dr. Zamani-Gallaher and University Administration,

In response to your disappointing, unengaged (non)response to our first letter and demands, we have attached a letter to keep this conversation going. We want to see positive action taken, our demands met, and for this University to meet its values of equity and justice.

Sincerely,

Pitt SOE Solidarity Collective

On Fri, Jan 19, 2024 at 7:27 PM Zamani-Gallaher, Eboni <EZAMANIG@pitt.edu> wrote:

> Dear Students,
>
> Thank you for reaching out to express your perspectives and concerns. It is challenging to process the terrible events happening in the Middle East. Please know the School of Education and the University of Pittsburgh are committed to cultivating an environment of mutual respect, concern for others, diversity, inclusion, and belonging. Recognizing that a free exchange of ideas serves as the cornerstone of learning, Pitt is engaging in the Year of Discourse and Dialogue. As we navigate these difficult times, we will continue to work with our community to determine additional ways to better support one another. It is my hope that you participate in these added opportunities to share your thoughts and engage in critical discourse as we bolster our shared understanding, principles and values.
>
> Best regards,
>
> Eboni M. Zamani-Gallaher
>
> Eboni M. Zamani-Gallaher
>
> University of Pittsburgh, School of Education
>
> Renée and Richard Goldman Interim Dean
>
> Professor, Department of Educational Foundations, Organizations and Policy (EFOP)
>
> Executive Director, Council for the Study of Community Colleges (CSCC)
>
> Fellow of the American Educational Research Association (AERA)
>
> Email: ezamanig@pitt.edu
>
> Twitter: @emzgallaher
>
> LinkedIn: https://www.linkedin.com/in/eboni-zamani-gallaher-40401438
>
> Executive Assistant, Megan Brennan meb201@pitt.edu

Please excuse typos

-------- Original message --------

**From:** Pitt SOE <pittsoesolidaritycollective@gmail.com>
**Sent:** Tuesday, January 16, 2024 8:28 PM
**To:** Brennan, Megan <meb201@pitt.edu>; Gunzenhauser, Michael G <mgunzen@pitt.edu>; Bachman, Heather J <hbachman@pitt.edu>; Alang, Sirry M. <SALANG@pitt.edu>; Banks, Tammeka <tbanks@pitt.edu>; Zito, Andrea Rose <andreaz@pitt.edu>; Boulder, Tinukwa <TBOULDER@pitt.edu>; Schuster, Maximilian T <schustermt@pitt.edu>; Delale O'Connor, Lori Ann <lori.delale-oconnor@pitt.edu>; Quigley, Cassie <CQUIGLEY@pitt.edu>; Rainey, Emily <emily.rainey@pitt.edu>; Perry, Jill Alexa <jperry@pitt.edu>; Dancy, T. Elon II <TEDANCY@pitt.edu>; Shafiq, M. Najeeb <mnshafiq@pitt.edu>; mcclure@pitt.edu <mcclure@pitt.edu>; Osai, Esohe <esohe.osai@pitt.edu>; Campbell, Shanyce L <shanycecampbell@pitt.edu>; Vaught, Sabina E <SVAUGHT@pitt.edu>; Wanless, Shannon (she/her) <swanless@pitt.edu>; Means, Darris Roshawn <darris.means@pitt.edu>; Scott, Khirsten Lanese <KLE37@pitt.edu>
**Subject:** A Call to Action

To Faculty and Administration of the School of Education,

The attached letter is the product of a collective of students across the SOE. It is based around an explicit solidarity for Palestine and other global liberation struggles. We have come together to make demands of the institution we are a part of towards a future that truly embodies its mission statement and values.

Sincerely,

Pitt SOE Solidarity Collective