University of Pittsburgh
Office for Equity, Diversity, and Inclusion

31st Floor, Cathedral of Learning
Pittsburgh, PA 15260
Phone: 412-648-7860
Email: TitleIXCoordinator@pitt.edu
Website: Diversity.pitt.edu

## --- CONFIDENTIAL ---

### Civil Rights/Title IX Formal Complaint Form

Respondent's Name: Dr. Eboni Zamani-Gallaher Respondent's Status: Dean, School of Ed

Incident Date(s): April 18 - 20

Incident Location(s): Council for the Study of Community Colleges Annual Conference, Sheraton Hotel

Incident Summary, providing a general description of the allegation to include identities of parties involved in the incident, if known, the date and location of the alleged incident, if known, and the conduct allegedly constituting harassment or discrimination (attach additional notes/documentation, as necessary):

See enclosed Word document.

Based on the allegations shared, if these incidents were found to be true, they would constitute a violation of the University's policy, as noticed above.

Complainant's Name: T. Elon Dancy II Complainant's Status: Faculty

Complainant's Signature: [signature] Date: 8/12/2024

CONFIDENTIAL

**Incident Summary**:

On June 23, 2024, [redacted] (a newly admitted urban education doctoral student under my faculty supervision) advised me with concern that our School of Education Dean, Dr. Eboni Zamani-Gallaher, funded his travel to the Council for the Study of Community Colleges' (CSCC) Annual Conference, April 18 - 20, 2024. Dean Zamani-Gallaher convened this conference in Pittsburgh, PA, the city in which I live and work. [redacted] shared that he met Dr. Eboni Zamani-Gallaher at the Annual Meeting of the American Educational Research Association (AERA) in Philadelphia, PA, April 11-14, 2024, where he shared that he would be attending the University of Pittsburgh to pursue his PhD in urban education under my faculty advisement. He said that Dean Zamani-Gallaher invited him to attend the CSCC conference and provided the funds for him to attend the conference. [redacted] shared that, when he attended the CSCC conference approximately a week after AERA, Dean Zamani-Gallaher asked him why "he was not working with Shanyce Campbell as his advisor". Dr. Shanyce Campbell is my faculty colleague in the urban education program. [redacted] said Dr. Campbell (who was present) replied, "Don't put me in that". I do not know the context for Dr. Campbell's statement—the "that" in question. [redacted] then said that he explained his decision, which included the alignment in our areas of study and what he perceived to be the thoughtfulness of my offer to work with me as a faculty advisor and in the Center for Urban Education. He then said Dean Zamani-Gallaher said the School of Education could cover his expenses as a doctoral student in response to any support I had offered [redacted] for doctoral study, which Caleb said he understood to be in the event he changed his area of study. [redacted] then said that Dean Zamani-Gallaher asked him why "he was not in the higher education program". [redacted] then said he explained his decision. He then said Dean Zamani-Gallaher replied, "and you don't think the higher education program can help you with that?" [redacted] shared with me that he felt uncomfortable during the exchange and advised me that "it seemed the dean did not like you, Dr. Dancy" and wondered if the School of Education brought him to the CSCC conference to "lure him away" from my faculty advisement. I was not present at the CSCC annual conference, and the School of Education did not notify me [redacted] would be attending the CSCC conference. According to [redacted], Drs. Shanyce Campbell and Heather McCambly (a School of Education faculty member) were present during the conversation, as well as a faculty member that [redacted] described as "new to the higher education program" (who [redacted] later identified to me as Dr. Sergio Gonzalez), who at some point during the conversation offered to be [redacted] new advisor (should [redacted] decide to change his program area).

The knowledge of this matter has caused me deep distress. First, I am concerned about the well-being of my student advisee, [redacted], who has been made to feel that his faculty advisor is so unliked by the School's dean that he should switch advisors and even program areas to get away from him. Relatedly, I am appalled to learn the dean may have offered or suggested offering a competing financial package in this effort. Since I have been a member of the University of Pittsburgh community, I have endeavored to engage my colleagues with respect as a matter of principle, and so I am deeply confused about this circumstance. In addition to being my faculty colleague, Dean Zamani-Gallaher is also my direct supervisor to whom I report in my dual role in the School of Education as Executive Director of the Center for Urban Education (which represents a power asymmetry). I have received no formal advisement from the School of Education nor my department (Educational Foundations, Organization, and Policy) suggesting I am in any way an unethical faculty member or advisor. Absent any context for understanding why [redacted] would need

to change his advisor or program (particularly as a newly admitted student who begins his program this fall), I feel this conduct, if true, can only be read through bias, which creates a second area of distress for me.

This incident suggests a hostile work environment, and I am worried about my safety at the University of Pittsburgh as a Black and gay person who is married to a man. I have already begun seeking healthcare specifically to mitigate the effects (i.e., stress) of receiving information about this incident. This matter does gender/sexuality/marital status discrimination in messaging that, as a gay person married to a man, I am not only defective in my sexual orientation, but that I also cannot perform my gender correctly and therefore can not perform my role as a School faculty member or advisor (or any role) correctly (and so should be stayed away from). These human identities are well-established categories of organizational discrimination grounded in bias against Black and queer people as predatory, diseased or "sick" (particularly as it relates to queerness), immoral, or otherwise undesirable (among other pejoratives)–that, again, we are people to "stay away from". I feel this incident discriminates against me because of who I am and/or how I am—both of which are inseparable from my Blackness and my gender/sexuality identity and expression and therefore consistent with sexual orientation/gender bias in the workplace. In addition, the suggestion that [redacted] should consider changing his chosen program area appears to disregard my nearly twenty-year career as a higher education scholar (both tenured and promoted to full professor for the study of higher education administration at my previous institution, the University of Oklahoma). This conduct tracks with homophobic bullying patterns, and I do feel bullied. Further, this incident exacerbates the chilly climate I have experienced in the School of Education characterized by a pattern of isolating and microaggressive experiences.

In closing, I worry this matter breaches University of Pittsburgh policy in at least three ways: (1) *nondiscrimination policy* which states the university "does not discriminate on the basis of disability, race, color, religion, national origin, ancestry, genetic information, marital status, familial status, sex, age, sexual orientation, veteran status or gender identity and expression in its programs and activities"; (2) *anti-harassment policy* in the creation of "an intimidating, hostile, or offensive work or academic environment" around me as well as intent to unreasonably interfere with the academic study of my student advisee, [redacted]; and (3) *ethical conduct standards* as published by the Pitt Office of Compliance, Investigations and Ethics' "Ethical Conduct Standards Document" available on its website: *forged individuality* (particularly the emphasis on "diversity, respectful interaction, and community free from harassment"), *integrity* (particularly the emphasis on "good faith in the best interest of the institution" and "stewardship of university resources"), and *responsibility* (particularly the emphasis on "abiding by university and department policies that affect our campus roles"). In requesting protective support around this matter, I also hope I am meeting my obligation as a member of the University of Pittsburgh community to "actively report intimidating behavior" as also published in this same document.