# Concerned Students Open Letter

Dear Colleagues,

On October 9, 2024, Dr. T. Elon Dancy II was abruptly dismissed from his roles as Executive Director of the Center for Urban Education (CUE) and Helen S. Faison Endowed Professor. Since his tenure began in 2018, CUE has been a premier center in the country and the flagship center in the School of Education (SOE). Dr. Dancy's removal disrupts the intellectual community he worked tirelessly to build and threatens the structures of established student and communal supports. Without meeting with us, the administration opted for this authoritarian move without communicating a cause or rationale. His aggressively swift removal gives cause for our collective worry and outrage as we navigate the uncertainty of our scholarly, financial, and emotional futures' at the University of Pittsburgh. To punish him, the school has effectively punished the students who have learned and grown from his leadership of CUE. We are writing because this is an obvious injustice that has caused students extraordinary pain.

Dr. Dancy positioned CUE to consistently respond to the crisis of the moment and relate the implications to the study and practice of urban education. Under his leadership, each Summer Educators Forum (CUESEF) drew international attention to the SOE and positioned educators to think deeply about their roles and responsibilities to oppressed communities. He also supported our thinking, research, and writing projects through Lunch and Learns that grapple with anti-Asian violence, critical study groups across a range of justice oriented topics, and writing retreats that support our various writing projects. Dr. Dancy's implementation of the initiatives mentioned above allowed many of us to produce our first research presentation, publish our first article or book chapter, and participate in our first study group through initiatives he implemented as Executive Director of CUE. Moreover, the relationships that have been built among graduate students and with community members/organizations was made possible by Dr. Dancy's principled commitments to community partnerships. These relationships have led to partnerships with Pittsburgh Public Schools, community study groups, and a collaborative book project. In addition, students have been able to visit the August Wilson archives to learn research methodologies with community members, teachers, and faculty. The callous disregard for so much meaningful work is sobering and painful. The consequences of Dr. Dancy's removal extend far beyond his individual position. What constitutes the change of direction for CUE? What becomes of the developmental programming designed to support our intellectual pursuits? Why was there no consideration for his impact on students and community members in the decision to remove him from his administrative roles? Dr. Dancy's work is foundational to student development and transformative for the broader Pittsburgh community, demonstrating his commitment to true education for justice. His removal has left a profound void in these essential structures of support and growth. We want to be clear, the decision to terminate Dr. Dancy is also a decision to abandon and punish the supermajority of students affiliated with CUE.

Dr. Dancy's abrupt removal also raises pressing concerns about our futures as students enrolled at the University of Pittsburgh. Several of us have only been enrolled students for a few months and chose the University of Pittsburgh to work with Dr. Dancy and the center

under his leadership. The robust programming, critical engagements with power and oppression, and activist leadership is what made Pitt a viable option. With Dr. Dancy's abrupt firing from his leadership position, we now know the School of Education is not a safe, stable, or serious enough academic home for us to grow intellectually. Several of us have learned that our existing funding contracts will no longer be honored in his absence and worry about how we will survive. The future of our enrollment is thus uncertain, and we have not received communication from the School of Education leadership, a pattern we now understand as routine in the SOE. Dean Zamani-Gallaher's impulsiveness and her failure to engage with us directly reveals a deep disconnect between those in power and those most affected by their decisions. We are confused as to why this is happening, and question the direction of the school under its new leadership. This unthoughtful decision-making and continuous hostility toward Dr. Dancy carries detrimental impacts on our well-being as students. Through his unjust removal, the institution has compromised our intellectual community and endangered the very resources we rely on for our most basic needs and academic growth.

Dr. Dancy's firing is not a "leadership update," but a public lashing, executed for all to witness. The vague email that announced his "transition" undermined the impact and scope of his work, omitting a cause for his removal. We are terrified of what this means, as it indicates the School of Education's willingness to enforce compliance through the spectacle of public punishment. We fear the message this sends to new and prospective students who take critical approaches to their work. Liberatory scholars will now be hesitant to join or stay at Pitt because of what Dr. Dancy's swift removal from his administrative role signals to those who do similar work. We now question everything we thought we knew about free speech, academic freedom, and the falsely advertised mission and vision of the School of Education. We worry about the community members across Pittsburgh who have benefited from partnerships with the center under his leadership. His commitment to these relationships and his ability to create vital spaces for student growth cannot be easily replaced or replicated. We strongly feel that the intellectual rigor of the center is now in jeopardy. What happened to Dr. Dancy is not a singular act of violence; it is a direct threat to every liberatory scholar, faculty member, and student aligned with the politics of truth telling.

This decision signals a more extensive campaign of retribution against Dr. Dancy, a scholar and leader whose work embodies a commitment to "disrupt and transform inequitable educational structures," a mission the School of Education claims to uphold in theory but opposes in practice. Dr. Dancy's dismissal as Executive Director of the Center for Urban Education is a clear warning to every critical scholar and student within this university—fall in line or face brutal consequences. We reject this message and demand redress for this violent disruption of our academic and intellectual realities.

We demand the reinstatement of T. Elon Dancy II, Ph.D position as Executive Director of the Center for Urban Education and as the Helen S. Faison Professor. We demand an end to academic censorship and university retaliation. We demand an explanation for Dr. Dancy's removal. We reject any replacement of Dancy in honor of the relationships he has built and cultivated in the community and among students. Finally, we demand that all pre-negotiated contracts with students be honored as they were agreed upon prior to Dr. Dancy's removal. The administration must address the damage it has inflicted with concrete actions demonstrating its commitment to the principles of "Equity and Justice" it

claims to uphold. **We ask all who are able to sign in solidarity with students and in support of a professor who is committed to intellectual rigor, education as a practice of self-determination, and truth telling.**

Sincerely,

Concerned Students

Core authors

Christopher Wright

José Diaz

Chelsea Jimenez

Robin Renee Allbritton

Stacey Akines

Preston Anderson

Chetachukwu U. Agwoeme

**In solidarity**

Caleb Sewell, University of Pittsburgh
Karia White, Alumuna from University of Colorado Boulder
Kyla T. Smith, University of Wisconsin-Madison
Holly Graham (Penn State University)
Lex Hunter — University of Colorado, Boulder
Theron Wilkerson, Auburn University, Administration of Higher Education doctoral student
Brian Cabral, University of Texas at Austin
Martez Files, Ph.D., University of Pittsburgh
Christy L. McGuire, Center for Urban Education, University of Pittsburgh
Tia Kimbrough
Mia Suwaid University of Pittsburgh student
Gene McAdoo, UCLA
Nia Stanley
Camika Royal, Ph.D., Morgan State University
Jon Stephens
Andrew Wright, MAT University of Pittsburgh
Gertrude Kibagendi
Jasmine Thompson, Pitt School of Edu. 19’
Dakota Rottino-Garilli, LSW; University of Pittsburgh alum '20 and former Heinz Fellow
Julian Brooks, Bienville Parish Schools, Louisiana
Jacquaia Scott, PPU

Semassa Boko, Doctoral Candidate UCI Sociology
Allen Williams School of Education Alumn '20
Teraya White - Pitt alumna
Lauren Anderson, University of Kansas
Elyanna Sharbaji
Araya Baker, M.Phil.Ed., Ed.M.
Amber Thompson - Co-author
Rhonda Strozier, Pitt Alumni
Olaniyan; North Carolina Agricultural and Technical State University
Robert Stephen Cook
Caleb Dawson, University of California Merced
Watufani Poe, Tulane University
Jewell Boyd Texas Southern University
Sarah Poinson, Thomas Jefferson University
Alexis Russell - RGC
Sterling-A. Stone. Youth and family services director, Rankin Christian Center.
Vincente Perez, TDPS
Sharnay Hearn Davis/ Community Partner/ Duquesne University Doctorate Student
Sara Myers-Maloney, Undergraduate Student at University of Pittsburgh
Emily Kogan, Pitt Student
alexia, USC, grad student
Jimmy Coblin Dietrich school
Amber Coder
Jamilla Rice, Pitt Alum and Pittsburgh native
Kristin Fleming, Pitt alumni 2010
Aqiyla Leonard, University of Pittsburgh's Master in Social Work: Community Organizing & Social Administration (Spring 2016)
Cameryn Gray, Dietrich school undergraduate
Hal Bacas - Undergrad, Dietrich
Emma Roth, incoming CUE PhD student '25
Cathryn Calhoun collaborator with Dr. Dancy with the August Wilson African American Cultural Center
Alia Rogers
Emmanuel Afrifa, The Marcy Lab School
Lorena Amos - Pittsburgh Public Schools - Retired Teacher, Community Elder
Muiz Aminu, Student
Omid Shekari, Pitt Studio Arts Department
Ashley Smith-Purviance, OSU
Dr. Aaron Cook, Community Member
Joshua Prudhomme, University of Colorado Boulder
C. Greer & Marquette University
Dr. Stephanie T. Jones, Northwestern Alumnus
Sarah, Northwestern University
Andrea Cromwell
Ashley Quiterio, Northwestern University
Natalie Araujo Melo, Northwestern University
Chloe R. Graham; Law Student
Michelle Marie Stewart the Homewood and Hill community Pitt makes billions off of.
Alex Uzoho, Penn State Law Student

ChiQuetta L Penick, University of Alabama
Josh Wallace, University of Louisville
Brielle Morton UMD - CP Alum
Bobbie Briggs (Institutional Affiliation: N/A)
Marita Garrett, Adjunct Faculty, University of Pittsburgh
Melanie West, Northwestern University
Terence Mayo, NYU
Sierra Hauber
Kaili Moss
Lauren Anderson, University of Wisconsin-Madison
Karter Kay Schachner, YMCA of Greater PGH
Caitlin King
Jay Winston- UW Madison School of Education
Nikeya Agwoeme
Vishesh Kumar, Vanderbilt University
Carmen Smith
Imani Wilson, New York University
Daniel Rodriguez
Torrie Briggs- UW Madison
Marcelo Worsley, Northwestern University
Morgan Hill
Kerec Hill
Nicholas Bahaveolos
Tosin Akande, Point Park University
Maya Roberson
Anthony Jackson, Doctoral Candidate UCLA Education
Amirah AlZahrani Community member
Rashad Williams, Ph.D., University of Pittsburgh
Rashad Arman Timmons, University of California, Santa Barbara
Ruby Walker LCSW, Pitt Social Work '19
Liana Maneese LPC, NCC, MA
Pavel Gaydos Pitt Alum
Alannah Caisey, Ph.D., NORC at the University of Chicago
Patrick Graham- University of Oklahoma
Allie Levin, Pitt Graduate Student

[redacted]

Not shared

Name and institutional affiliation

Your answer